UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>        Plaintiff,<br><br>    v.<br><br>WAYMO LLC,<br><br>        Defendant. | Case No.  1:25-cv-00814-JLT-HBK<br><br>ORDER STRIKING UNSIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO FULLY COMPLETE LONG FORM OR PAY $405.00 FILING FEE<br><br>(Doc. No.  4) |

Plaintiff proceeds in this civil action *pro se*.  (Doc. No. 1).  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 4).  Plaintiff did not date and sign his application under penalty of perjury.  (*Id*. at 1).  Specifically, the application contains an "Affidavit in Support of Application" located at the top of the form that Plaintiff must sign and date.

Rule 11 requires all pleadings, written motions, and other papers be signed by at least one attorney of record or by a party personally if the party is unrepresented.  Fed. R. Civ. P. 11(a); *see also* E.D. Ca. Local Rule 131(b).  "The Court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."  Fed. R. Civ. P. 11(b).  Accordingly, the Court will strike the application and direct Plaintiff again to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  Plaintiff must complete the form, including the section requiring Plaintiff to

swear under penalty of perjury that the information contained on the form is true and that if any information if false it may result in a dismissal of Plaintiff's claims.  If Plaintiff is unwilling to complete, sig, and date the long form application, Plaintiff must pay the filing fee in full.

Accordingly, it is **ORDERED**:

1. The Court STRIKES Plaintiff's application to proceed *in forma pauperis* (Doc. No. 4).
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff.
3. Within twenty-one (21) days of the date on this order, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.
4. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order as a sanction under Local Rule 110.

Dated:   July 15, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE