UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAYMO LLC,<br><br>　　　　Defendant. | Case No. 1:25-CV-00814-JLT-HBK<br><br>ORDER GRANTING MOTIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. Nos. 2, 6) |

Plaintiff proceeds in this civil action pro se. (Doc. No. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. Nos. 2, 6). Plaintiff's declaration in the motion satisfies the requirements of § 1915. The Court will screen Plaintiff's pro se complaint in due course before ordering service.

Accordingly, it is **ORDERED**:

Plaintiff's motions for leave to proceed *in forma pauperis* (Doc. Nos. 2, 6) are GRANTED.

Dated: 　July 19, 2025　

　　　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE