1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  AHMAD ABU ELREICH,                          Case No. 1:25-CV-00814-JLT-HBK

12      Plaintiff,                               SCREENING ORDER

13      v.                                       ORDER ALLOWING PLAINTIFF'S
                                                 COMPLAINT TO PROCEED AND
14  WAYMO LLC,                                   FORWARDING SERVICE DOCUMENTS
                                                 TO PLAINTIFF FOR COMPLETION AND
15      Defendant.                               RETURN

16                                               (Doc. No. 1)

17

18       Plaintiff Ahmad Abu Elreich proceeds pro se and *in forma pauperis* in this civil action.

19  He initiated this case on July 7, 2025, by filing a complaint alleging patent infringement.  To state

20  a claim for patent infringement, a plaintiff must identify the patent in dispute, allege ownership,

21  and describe the infringing acts.  *See Green v. Yavruyan*, 2021 WL 2790817, at *2 (S.D. Cal.

22  June 8, 2021) (collecting cases).  Here, Plaintiff alleges ownership of U.S. Patent No. 11,577,691

23  B2.  (Doc. No. 1 at 1 ¶ 7; *id*. at 12–24).  He asserts that Defendant Waymo LLC has engaged in

24  conduct including making, using, selling, and offering for sale autonomous vehicle services that

25  practice the patented system without authorization.  (Doc. No. 1 at 1 ¶ 8; *id*. at 4–11).  Liberally

26  construing the pro se complaint, the Court finds that Plaintiff has stated a cognizable claim for

27  patent infringement that is sufficient to withstand screening under 28 U.S.C. § 1915(e)(2).

28       ////

Accordingly, it is ORDERED:

1. This case shall proceed on Plaintiff's claims for patent infringement.

2. Service is appropriate for the following Defendant:

   a. Waymo LLC

3. The Clerk of Court is directed to send Plaintiff:

   a. One (1) USM-285 form

   b. One (1) summons form

   c. A Notice of Submission of Documents form

   d. An instruction sheet

   e. A copy of the Complaint filed on July 7, 2025

4. Within twenty-one (21) days from the date of service of this order, Plaintiff shall complete and return to the Court the attached Notice of Submission of Documents with the following:

   a. One (1) completed USM-285 form

   b. One (1) completed summons

   c. Two (2) copies of the Complaint

5. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of these documents, the Court will direct the United States Marshals Service to serve the Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure, without prepayment of costs

6. Plaintiff's failure to comply with this order may result in the dismissal of this action.

Dated:    July 19, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2