UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>         Plaintiff,<br><br>     v.<br><br>WAYMO LLC, *et. al*.,<br><br>         Defendants. | Case No. 1:25-CV-00814-JLT-HBK<br><br>ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS |

Plaintiff Ahmad Abu Elreich, who proceeds pro se, has been granted *in forma pauperis* status in this action. (Doc. No. 6).

Accordingly, it is ORDERED:

The Court DIRECTS the Clerk of Court to issue new case documents including: 1) summons as directed by separate order, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

Dated:   July 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE