UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>   Plaintiff,<br><br>   v.<br><br>WAYMO LLC, *et. al*.,<br><br>   Defendants. | Case No. 1:25-CV-00814-JLT-HBK<br><br>SCREENING ORDER<br><br>AMENDED ORDER ALLOWING PLAINTIFF'S FIRST AMENDED COMPLAINT TO PROCEED AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. No. 9) |

   Plaintiff Ahmad Abu Elreich proceeds pro se and *in forma pauperis* in this civil action. On July 30, 2025, Plaintiff filed a First Amended Complaint alleging patent infringement.[1] To state a claim for patent infringement, a plaintiff must identify the patent in dispute, allege ownership, and describe the infringing acts. *See Green v. Yavruyan*, 2021 WL 2790817, at *2 (S.D. Cal. June 8, 2021) (collecting cases). Here, Plaintiff alleges ownership of U.S. Patent No. 11,577,691 B1. (Doc. No. 9 at 7 ¶ 2). He asserts that Defendants Waymo LLC and Uber Technologies, Inc. have unlawfully used systems and methods that directly infringe the patent. (*Id*. at 8 ¶ 3). Liberally construing the pro se complaint, the Court finds that Plaintiff has stated a cognizable claim for patent infringement that is sufficient to withstand screening under 28 U.S.C.

---

[1] Under Rule 15(a) of the Federal Rules of Civil Procedure, a plaintiff may amend his complaint "*once* as a matter of course no later than[ ] 21 days after serving it." Fed. R. Civ. P. 15(a)(1)(A) (emphasis added).

§ 1915(e)(2).

Accordingly, it is ORDERED:

1. This case shall proceed on Plaintiff's claims for patent infringement.
2. Service is appropriate for the following Defendants:
    a. Waymo LLC
    b. Uber Technologies, Inc.
3. The Clerk of Court is directed to send Plaintiff:
    a. Two (2) USM-285 forms
    b. Two (2) summons forms
    c. A Notice of Submission of Documents form
    d. An instruction sheet
    e. A copy of the First Amended Complaint filed on July 30, 2025
4. Within twenty-one (21) days from the date of service of this order, Plaintiff shall complete and return to the Court the attached Notice of Submission of Documents with the following:
    a. Two (2) completed USM-285 forms
    b. Two (2) completed summons
    c. Three (3) copies of the First Amended Complaint
5. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of these documents, the Court will direct the United States Marshals Service to serve the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure, without prepayment of costs
6. Plaintiff's failure to comply with this order may result in the dismissal of this action.

Dated:   July 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE