# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Case No.: 1:25-CV-00814-JLT-HBK



FILED

AUG 0 1 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD UBER TECHNOLOGIES, INC. AS DEFENDANT

Plaintiff, Ahmad Hassan Abu Elreich, respectfully moves this Court for leave to file an Amended Complaint to add Uber Technologies, Inc. as a defendant in this matter.

**Grounds for the Motion:**

1. New Evidence of Infringement: Since filing the original complaint, Plaintiff has obtained clear evidence showing Uber's direct involvement in infringing the patented technology at issue. Notably, a public interview video of an Uber executive confirms Uber's partnership with Waymo and the use of patented features.

   Video Link: https://youtu.be/ePB7nq_bcm8?si=WIlfWcmP1BjGbEtb

2. Judicial Economy and Completeness: Adding Uber as a defendant will promote judicial economy by resolving all related claims in a single action, avoiding multiple lawsuits and inconsistent rulings.

3. Rule 15(a) Standard: Under Federal Rule of Civil Procedure 15(a), leave to amend should be freely given when justice so requires. There is no undue delay, bad faith, or prejudice to any party here.

Plaintiff has attached the proposed Amended Complaint as Exhibit B and the Video Timestamp Summary as Exhibit A.

For these reasons, Plaintiff respectfully requests the Court grant leave to amend the complaint to add Uber Technologies, Inc. as a defendant.

Respectfully submitted,

/s/ Ahmad Hassan Abu Elreich

Pro Se Plaintiff

18 W Lester Ave

Clovis, CA 93619

Phone: 701-979-3031

Email: elreish@yahoo.com

## Exhibit A – Video Timestamp Summary

Video Link: https://youtu.be/ePB7nq_bcm8?si=WIlfWcmP1BjGbEtb

### Key Timestamps:

- 00:15 — Uber executive confirms partnership with Waymo.
- 00:42 — Explains Uber riders can request Waymo autonomous vehicles directly from the Uber app.
- 01:20 — Mentions system features for rider matching and vehicle identification similar to Plaintiff's patent.
- 02:05 — References technology integration overlapping with Plaintiff's patented features.
- 03:40 — Discussion on safety and security features in ride-hailing operations.

*Ahmed Abumerech*

08-01-2025

```
```
Ahmad Hassan Abu Elreich

18 W Lester Ave

Clovis, CA 93619

Phone: 701-979-3031

Email: elreish@yahoo.com

Date: July 31, 2025

The Honorable Jennifer L. Thurston

United States District Judge

Eastern District of California

[Courthouse Address]

Re: Case No. 1:25-CV-00814-JLT-HBK

Request for Approval of Amended Complaint Adding Uber Technologies, Inc.

Dear Judge Thurston,

I, the Plaintiff in the above-referenced matter, respectfully submit this letter to request the Court's approval to file an Amended Complaint to add Uber Technologies, Inc. as a defendant in this action.

This amendment is necessary because new evidence shows Uber's involvement in infringing the patented technology at issue. The inclusion of Uber will promote judicial economy and ensure all responsible parties are before the Court.

I have filed the proposed Amended Complaint concurrently and respectfully ask the Court to grant approval to proceed with this amendment.

A. H

Thank you for your consideration.

Respectfully,

/s/ Ahmad Hassan Abu Elreich

Pro Se Plaintiff

*Ahmad Abu-elreich*

08-01-2025