UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYMO LLC, *et. al*.,<br><br>    Defendants. | Case No. 1:25-CV-00814-JLT-HBK<br><br>ORDER GRANTING *NUNC PRO TUNC* PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. No. 15) |

On August 1, 2025, Plaintiff Ahmad Abu Elreich filed a motion for leave to file an amended complaint to add Uber Technologies, Inc. as a defendant. (Doc. No. 15). Plaintiff filed his First Amended Complaint that included his claims against Uber on July 30, 2025. (Doc. No. 11). On August 1, 2025, the Court screened and permitted Plaintiff to proceed on his First Amended Complaint and directed Plaintiff to complete and return the necessary service forms and summons. (*See* Doc. No. 13).

Accordingly, it is ORDERED that Plaintiff's motion for leave to file an amended complaint (Doc. NO. 15) is GRANTED *nunc pro tunc*.

Dated:    August 26, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28