Ahmad Abu Elreich

18 W Lester Ave

Fresno, CA 93619

Phone: (701) 970-3031

Email: Elreish@yahoo.com

FILED

SEP 12 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


Ahmad Abu Elreich,

Plaintiff,

v.

Uber Technologies, Inc., and Waymo LLC,

Defendants.


Case No. 1:25-CV-00814


**NOTICE TO COURT, CLERK, AND U.S. MARSHALS SERVICE**

Plaintiff respectfully submits this Notice to inform the Court and the Clerk's Office that he intends to file a First Amended Complaint in this action.

Because the Court has already ordered the U.S. Marshals Service to serve the complaint, Plaintiff requests that the Clerk hold service of the original complaint and instead provide the U.S. Marshals Service with the First Amended Complaint and corresponding summons once it is filed.

This Notice is submitted to avoid unnecessary service of the original complaint and to ensure that the defendants are served only with the operative pleading.


Dated: September 12, 2025

Respectfully submitted,

[Signature]

Ahmad Abu Elreich

09-12-2025