# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Ahmad Hassan Abu Elreich,
Pro Se Plaintiff,

v.

Waymo LLC and Uber Technologies, Inc.,
Defendants.

Case No. 1:25-cv-00814

**FILED**

OCT 03 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff, proceeding without an attorney, respectfully requests an extension of 30 days to complete service of the summons and amended complaint on Defendants Waymo LLC and Uber Technologies, Inc.

The reason for this request is that Plaintiff has no legal representation and has encountered significant hardship while attempting to obtain critical digital evidence that meets the Court's specifications. The evidence is slightly costly, which has caused delays in completing service. Plaintiff has been diligent and files this motion in good faith, requesting additional time to ensure proper service and to present necessary evidence.

Granting this short extension will allow Plaintiff to complete service and submit the required evidence, ensuring that the case may proceed on its merits rather than on procedural timing.

Accordingly, Plaintiff respectfully requests that the Court extend the time for service by 30 days.

Dated: October 3, 2025

/s/ Ahmad Hassan Abu Elreich
Ahmad Hassan Abu Elreich
18 W Lester Ave
Clovis, CA 93619

*Ahmad Alreich*
oct 3, 2025

Phone: 701-970-3031
Pro Se Plaintiff (No Lawyer)

## [Proposed] ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to Serve Defendants, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED.
2. The deadline for service of the summons and amended complaint on Defendants Waymo LLC and Uber Technologies, Inc. is extended by 30 days from the current deadline.

IT IS SO ORDERED.

Dated: _____        _____
United States District Judge