1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AHMAD ABU ELREICH,                        Case No.  1:25-cv-00814-JLT-HBK

12              Plaintiff,                      ORDER DENYING PLAINTIFF'S MOTION
                                                AS MOOT
13        v.
                                                ORDER DIRECTING PLAINTIFF TO
14   WAYMO LLC, et. al.,                        RETURN SERVICE FORMS

15              Defendant.                      (Doc. No.  18)

16

17          Pending before the Court is Plaintiff's motion for extension of time filed on October 3,

18   2025.  (Doc. No. 18, "Motion").  Plaintiff proceeds pro se and *in forma pauperis* in this civil

19   action initiated on July 7, 2025.  (Doc. No. 1).  On July 30, 2025, Plaintiff filed a First Amended

20   Complaint. (Doc. No. 11, "FAC").  On August 1, 2025, the Court screened the FAC and

21   determined it stated a claim against Defendants Waymo LLC and Uber Technologies, Inc. for

22   patent infringement sufficient to withstand screening under 28 U.S.C. § 1915(e)(2).  (Doc. No. 13

23   at 1).  In the same order, the Court directed Plaintiff to complete and return service documents in

24   order that service of Plaintiff's FAC could be effectuated upon Defendants.  (Doc. No. 13 at 2).

25          In his Motion *sub judice*, Plaintiff asks for an extension of time to serve Defendants.

26   (Doc. No. 18).  Plaintiff states he has experienced hardship while attempting to obtain digital

27   evidence needed to serve the defendants.  (*Id.* at 1).

28          ////

It is unclear why Plaintiff requires an extension of time to obtain evidence but the court liberally construes the Motion as requesting an extension of time to comply with the August 1, 2025 Order.  Because Plaintiff is proceeding *in forma pauperis* the court will order the U.S. Marshal to effectuate service, not the Plaintiff.  Specifically, in pertinent part, Rule 4 provides that service must be completed:

> (3) By a Marshal or Someone Specially Appointed. At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. *The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915 . . .*

Fed. R. Civ. P. 4(c) (emphasis added).  However, the Court cannot direct the United States Marshal to effectuate service upon the Defendants unless and until Plaintiff returns completed service forms as previously directed by the Court in its August 1, 2025 Order.  Plaintiff should not attach any "evidence" or additional documents, other than providing the necessary copies of his FAC, to the completed service forms.

Accordingly, it is ORDERED:

1. Plaintiff's motion for extension of time (Doc. No. 18) is GRANTED to the limited extent that Plaintiff shall have twenty-one (21) days to comply with the August 1, 2025 Order.

2. The Clerk of Court is directed to send Plaintiff:

   a. Two (2) USM-285 forms

   b. Two (2) summons forms

   c. A Notice of Submission of Documents form

   d. An instruction sheet

   e. A copy of the First Amended Complaint (Doc. No. 11) filed on July 30, 2025

3. Within twenty-one (21) days from the date of service of this order, Plaintiff shall complete and return to the Court the attached Notice of Submission of Documents with the following:

   a. Two (2) completed USM-285 forms

   b.  Two (2) completed summons

2

1          c.   Four (4) copies of the First Amended Complaint

2      4.   Plaintiff need not attempt service on Defendants and need not request waiver of

3  service. Upon receipt of these documents, the Court will direct the United States

4  Marshals Service to serve the Defendants pursuant to Rule 4 of the Federal Rules of

5  Civil Procedure, without prepayment of costs

6      5.   Plaintiff's failure to comply with this order may result in the dismissal of this action

7  for his failure to timely prosecute this action and comply with a Court Order pursuant

8  to Local Rule 110.

9

10 Dated:    October 7, 2025

11                                HELENA M. BARCH-KUCHTA

12                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28