UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYMO LLC, et. al.,<br><br>    Defendants. | Case No. 1:25-cv-00814-JLT-HBK<br><br>ORDER STRIKING PROOF OF SERVICE<br><br>ORDER DIRECTING PLAINTIFF TO RETURN SERVICE FORMS<br><br>(Doc. No. 21)<br><br>TEN-DAY DEADLINE |

Plaintiff proceeds pro se and *in forma pauperis* in this civil action. (Doc. No. 1). On August 1, 2025, the Court screened Plaintiff's First Amended Complaint ("FAC") and determined it stated a claim against Defendants Waymo LLC and Uber Technologies, Inc. for patent infringement sufficient to withstand screening under 28 U.S.C. § 1915(e)(2). (Doc. No. 13 at 1). The Court directed Plaintiff to complete and return service documents so service of Plaintiff's FAC could be effectuated upon Defendants. (Doc. No. 13 at 2). On October 17, 2025, Plaintiff was granted an extension of time to return the service documents. (Doc. No. 19 at 1).

Federal Rule of Civil Procedure 4 governs the commencement of an action and the service of process. "Service of summons is the procedure by which a court having venue and jurisdiction of the subject matter of the suit asserts jurisdiction over the person of the party served." *Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co.*, 484 U.S. 97, 104 (1987)). The plain language of Rule 4

1    requires that a summons contain certain information including, but not limited to, the name of the
2    court, the parties, and that the summons directed at the defendant.  Fed. R. Civ. P. 4(a).
3           On November 3, 2025, Plaintiff filed a "Certificate/Proof of Service" with the Court.
4    (Doc. No. 21, "Proof of Service").  The Proof of Service noted that the server served two blank
5    summonses on Defendant Waymo.  (*Id.* at 1).  Given Plaintiff's failure to comply with Rule 4, it
6    appears that service of process has not been properly affected on any Defendant.  (*See* docket.).
7    The Court will sua sponte strike Plaintiff's Proof of Service for failure to comply with Fed. R.
8    Civ. P. 4.  *See Thalassinos v. Adair*, 2013 WL 2245138, at *3 (M.D. Ala. May 20, 2013) ("The
9    service of process inquiry is not simply academic, nor is the Court overstepping boundaries by
10   raising the issue sua sponte."); *see also McHaffie v. Wells Fargo Bank, N.A.*, 2011 WL 2174407,
11   at *1 (M.D. Ga. June 2, 2011).
12          Further, the Court reminds Plaintiff that because he is proceeding *in forma pauperis* the
13   Court will order the U.S. Marshal to effectuate service on the Defendants, and Plaintiff should not
14   attempt to effectuate service himself.  Fed. R. Civ. P. 4(c)(3).  Plaintiff twice has been directed to
15   fill out the service forms and return them to the Court, and has failed to do so to date.  (*See* Doc.
16   Nos. 13 & 19).  Plaintiff was also twice informed that his failure to comply with the Court's order
17   directing Plaintiff to return the service forms may result in the dismissal of this action.  (Doc. No.
18   13 at 2); (Doc. No. 19 at 3).  Given Plaintiff's pro se status, the Court will afford Plaintiff one
19   final opportunity to fill out and return the service forms to the Court so the Court can direct the
20   United States Marshall to effectuate service on the Defendants.
21          Accordingly, it is **ORDERED**:
22          1.  Plaintiff's Certificate/Proof of Service (Doc. No. 21) is **STRICKEN**;
23          2.  The Clerk of Court is directed to send Plaintiff:
24                  a.  Two (2) USM-285 forms
25                  b.  Two (2) summons forms
26                  c.  A Notice of Submission of Documents form
27                  d.  An instruction sheet
28                  e.  A copy of the First Amended Complaint (Doc. No. 11) filed on July 30, 2025

3. Within **ten (10) days** from the date of service of this order, Plaintiff shall complete and return to the Court the attached Notice of Submission of Documents with the following:

    a. Two (2) completed USM-285 forms
    b. Two (2) completed summons
    c. Four (4) copies of the First Amended Complaint

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of these documents, the Court will direct the United States Marshals Service to serve the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure, without prepayment of costs;

5. Plaintiff's failure to comply with this order may result in the dismissal of this action for his failure to timely prosecute this action and comply with a Court Order pursuant to Local Rule 110. The Court will issue no further warnings.

Dated:   November 6, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE