UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>          Plaintiff,<br><br>     v.<br><br>WAYMO LLC, and UBER TECHNOLOGIES, INC.,<br><br>          Defendants. | Case No. 1:25-cv-00814-JLT-HBK<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

Plaintiff, Ahmad Elreich, is proceeding pro se and *in forma pauperis* in this civil action. The Court has screened Plaintiff's First Amended Complaint (Doc. No. 11) and determined that service is appropriate.

Accordingly, IT IS ORDERED:

1. The Clerk of Court shall forward the following documents to the United States Marshal for service of process on each defendant:

    a. One completed and issued summons per defendant;

    b. One completed USM-285 form per defendant;

    c. One copy of the First Amended Complaint filed on July 30, 2025 (Doc. No. 11) per defendant;

    d. One copy of this order per defendant.

*////*

2. The Clerk of Court is directed to send the United States Marshal a copy of the First Amended Complaint and this order.

3. The United States Marshal is directed to serve the above documents on the following defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c):

   a. **Waymo LLC**
   b. **Uber Technologies, Inc**

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty (60) days of the date of mailing the request for waiver, the United States Marshal shall:

   a. Personally serve process and a copy of this order upon that defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure1 and 28 U.S.C. § 566(c).

   b. Within ten (10) days after personal service is effected, the United States Marshal shall file the return of service for that defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant.  Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the United States Marshal for photocopying additional copies of the summons and the First Amended Complaint and for preparing new USM−285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. If a defendant waives service, that defendant is required to return the signed waiver to the United States Marshal.  The filing of an answer or a responsive motion does not relieve defendants of this requirement, and the failure to return the signed waiver may subject a defendant to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).

7. In the event that a defendant either waives service or is personally served, that defendant is required to reply to the First Amended Complaint.  42 U.S.C § 1997e(g)(2).

DONE AND ORDERED:

Dated:   November 17, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE