UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH, | Case No.  1:25-cv-00814-JLT-HBK |
| Plaintiff, | ORDER TO FILE AMENDED COMPLAINT OR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |
| v. | |
| WAYMO LLC, and UBER TECHNOLOGIES, INC., | FEBRUARY 13, 2026 DEADLINE |
| Defendants. | |

On October 20, 2026, Defendants Uber Technologies, Inc. and Waymo LLC respectively filed motions to dismiss Plaintiff's first amended complaint.  (Docs. 33, 36).  Local Rule 230 requires a party to file opposition to any motion or a notice of non-opposition within fourteen (14) days from the date the motion was filed.  See L.R. 230(c).  However, Federal Rule of Civil Procedure 15 allows a party to file an amended complaint within 21 days of service of a motion under Rule 12(b).  Fed. R. Civ. P. 15(a)(1)(B).  Here, Defendants moved for dismissal under Rule 12(b)(6).

In an abundance of caution, the Court advises pro se litigants, like Plaintiff, that they must file one of the following: (1) an amended complaint under Federal Rule of Civil Procedure 15(a); (2) an opposition to a motion to dismiss; or (3) a notice of non-opposition.  Failure to comply with this requirement may be deemed a waiver of opposition to the granting of the motion.  L.R.

230(c).  Based on the conflicting time limits of Local Rule 230(c) and Civil Rule 15(a), the Court *sua sponte* extends Plaintiff's time to file an opposition, should he choose to do so.

Accordingly, it is **ORDERED**:

No later than February 13, 2026, Plaintiff shall file: (1) an amended complaint; (2) an opposition to Defendants' motions; or (3) a notice of non-opposition.  Absent the filing of an amended complaint or an opposition by Plaintiff, Defendants' motions to dismiss will be deemed unopposed.

Dated:    January 22, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2