UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>Plaintiff,<br><br>v.<br><br>WAYMO LLC, and UBER TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.  1:25-cv-00814-JLT-HBK<br><br>ORDER DENYING PRO SE PLAINTIFF'S MOTION FOR ELECTRONIC FILING PERMISSION WITHOUT PREJUDICE<br><br>(Doc. 54) |

Pending before the Court is pro se Plaintiff's motion seeking permission to utilize the Court's case management and electronic filing system (CM/ECF) filed on March 5, 2026.  (Doc. 54).  Plaintiff lists the following reasons in support of his motion: (1) financial hardship in having to print and mail documents; (2) mailing documents causes delays; (3) Defendants can access documents faster; (4) electronic access would reduce court resources; (5) Plaintiff has access to a computer and internet.  (*Id.* at 2-3).

The Court utilizes CM/ECF, which requires attorneys to adhere to electronic procedures set forth in the Court's Local Rules to file documents electronically.  L.R. 133(a) (E.D. Cal. 2026).  The Local Rules specifically prohibit pro se parties from utilizing electronic filing except with the permission of the assigned Judge or Magistrate Judge.  L.R. 133(b)(2); L.R. 183(c).  Any request from a pro se party to utilize electronic filing "shall be submitted as stipulations as provided in L.R. 143."  L.R. 133(b)(3).  If the moving party cannot obtain a stipulation, the

request must include "an explanation of the reasons for the exception." *Id.*

Here, the parties have not filed a stipulation permitting pro se Plaintiff's to use electronic filing. Plaintiff does not explain whether he requested a stipulation from Defendants and was denied nor included a motion that sets forth an explanation of the reasons for the exception. L.R. 133(b)(2). The Court therefore finds that it is inappropriate in this matter to deviate from the Local Rule that "[a]ny person appearing pro se may not utilize electronic filing." L.R. 133(b)(2). Thus, pro se Plaintiff must file documents conventionally. L.R. 183(c).

Accordingly, it is ORDERED:

Plaintiff's motion for access to the Court's electronic case filing system (Doc. 54) is DENIED without prejudice.

Dated:    March 11, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2