UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH, | Case No.  1:25-cv-00814-JLT-HBK |
| Plaintiff, | ORDER GRANTING PLAINTIF'S MOTION TO WITHDRAW SUPPLEMENTARY EXHIBITS |
| v. | |
| WAYMO LLC, and UBER TECHNOLOGIES, INC., | (Doc. 53 ) |
| Defendants. | |

On March 5, 2026, Plaintiff filed a Notice of  Withdrawal of Supplementary Exhibits. (Doc. 53).  Plaintiff requests to withdraw the exhibits (Doc. 45) he submitted on February 20, 2026 in support of his opposition(s) to Defendants' motion to dismiss.

Accordingly, it is ORDERED:

1.   Plaintiff's Motion to Withdraw Supplementary Exhibits (Doc. 53) is GRANTED.

2.   The Clerk shall STRIKE Plaintiff's Exhibits filed February 20, 2026 (Doc. 45).

Dated:   March 12, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE