UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD ABU ELREICH,<br><br>   Plaintiff,<br><br>  v.<br><br>WAYMO LLC, and UBER<br>TECHNOLOGIES, INC.,<br><br>   Defendants. | Case No.  1:25-cv-00814-JLT-HBK<br><br>ORDER GRANTING PRO SE PLAINTIFF ELECTRONIC FILING ACCESS<br><br>(Doc. 68) |

The parties filed a Stipulation for Plaintiff's Permission to Use Electronic Case Filing, signed by all parties, pursuant to Local Rule 133(b)(3). (Doc. 68)

Accordingly, it is ORDERED:

1. Upon consideration of the parties' Stipulation (Doc 68), pro se plaintiff is granted permission to use electronic filing pursuant to Local Rule 133(b)(2).

2. The plaintiff shall register for E-Filing Access through PACER.

Dated:     June 16, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE