# UNITED STATES DISTRICT COURT

Eastern District of California

AHMAD ABU ELREICH
Plaintiff (s),
V.

WAYMO LLC AND UBER TECHNOLOGIES, INC.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**(Doc. 82)**

**CASE NUMBER:** 1:25-cv-00814-JLT-HBK

Notice is hereby given that, subject to approval by the court, Waymo LLC (Party (s) Name) substitutes Kate E. Lazarus (Name of New Attorney), State Bar No. 268242 as counsel of record in place of Amy Le (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Kwun Bhansali Lazarus LLP

Address: 555 Montgomery St., Suite 750, San Francisco, CA 94111

Telephone: (415) 630-2350 Facsimile

E-Mail (Optional): klazarus@kblfirm.com

I consent to the above substitution.

Date: 9/22/2026

Signed by: James Robinson
DA12D6BC5184432...
(Signature of Party (s))

I consent to being substituted.

Date: 9/23/2026

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/23/2026

(Signature of New Attorney)

The substitution of attorney (Doc. 82) is hereby approved and so ORDERED.

Date: September 23, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**